In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY.

PARAGON LAND CORPORATION et al., Appellants; JOSEPH P. DAY et al., as Trustees, Respondents.

Submitted November 24, 1941; decided December 4, 1941.

*Fred L. Gross* for motion.

*Samuel Okin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.